

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00237-CR

BRANDON DEAN SAUNDERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 198th District Court
Bandera County, Texas
Trial Court No. CR-22-0000127, Honorable Albert D. Pattillo, III, Presiding

July 25, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

On May 16, 2023, Appellant, Brandon Dean Saunders, was found guilty of possession of a controlled substance. He has not yet been sentenced. On May 30, 2023, Appellant filed a notice of appeal, pro se.[1] Because no pronouncement of sentence or appealable order has been entered by the trial court, we have no jurisdiction over the

---

[1] Originally appealed to the Fourth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. See TEX. GOV'T CODE ANN. § 73.001.

appeal.[2] *See Thompson v. State,* 108 S.W.3d 287, 289–90 (Tex. Crim. App. 2003), (holding that there is no "conviction" to appeal before a sentence is rendered); *Debnam v. State*, No. 04-21-00297-CR, 2022 Tex. App. LEXIS 517, at *1–2 (Tex. App.—San Antonio Jan. 26, 2022, no pet. h.) (per curiam) (mem. op., not designated for publication) (dismissing premature appeal, where sentencing had yet to occur, for want of jurisdiction).

Accordingly, the appeal is dismissed for want of jurisdiction.

Per Curiam

Do not publish.

---

[2] Questioning our jurisdiction, we directed Appellant to show grounds for continuing the appeal. Appellant did not file a response.